UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases ) Misc. No. 11-mc-88-M-LDA

## REQUEST TO DISBURSE
## ESCROWED USE & OCCUPANCY FUNDS

Now comes the Special Master appointed in the above captioned case and requests permission to disburse Use and Occupancy fees in the amounts referenced and from the subaccounts in which they are now held. This request is in accord with the stipulations filed by the respective parties and constitutes an agreed-upon disposition of the escrowed funds.

Per the Text Order of the court, dated April 9, 2013, if a party is a named recipient, payments by the Special Master from said escrow account shall be made to the lead attorney of record for the party to whom the disbursement is to be made.

Pursuant to the Text Order of the Court, dated May 29, 2014, the Special Master has deducted sufficient funds to satisfy outstanding retainer invoices where appropriate, as indicated below.

**CA 13-100**   **Watmough v. Mortgage Electronic Systems, Inc. et al**
All Use & Occupancy funds held in escrow (which currently total $1,000) shall be disbursed as follows: (1) the sum of $140 shall be disbursed to the Fee Billing Escrow Fund, as payment for the Plaintiff's outstanding retainer invoice; (2) the sum of $360 shall be disbursed to the Plaintiff, Patricia Watmough [payment to be made to Mindy C. Montecalvo, as attorney for Patricia Watmough]; and (3) the sum of $500 shall be

1

disbursed to Defendants Mortgage Electronic Registration Systems, Inc., and Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QA3 [payment to be made to Hinshaw & Culbertson, LLP, as attorneys for Mortgage Electronic Registration Systems, Inc., and Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QA3].

CA 12-486   Odekanmi et al v. Wells Fargo Bank, NA
All Use & Occupancy funds held in escrow (which currently total $6,160) shall be disbursed to Adebisi Odekanmi and Gbemi-Sola Odekanmi [payment to be made to Mindy C. Montecalvo, as attorney for Adebisi Odekanmi and Gbemi-Sola Odekanmi].

CA 12-776   Ricci v. Mortgage Electronic Registration Systems, Inc. et al
All Use & Occupancy funds held in escrow (which currently total $6,480) shall be disbursed to the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be held in escrow pending final resolution of this matter.

CA 12-890   Palmer v. Mortgage Electronic Registration Systems, Inc. et al
All Use & Occupancy funds held in escrow (which currently total $2,500) shall be disbursed to the Plaintiff, Eric Palmer [payment to be made to Mindy C. Montecalvo, as attorney for Eric Palmer].

CA 13-214   Abatecola v. Wells Fargo Bank, N.A.
All Use & Occupancy funds held in escrow (which currently total $580) shall be disbursed as follows: (1) the sum of $280 shall be disbursed to the Fee Billing Escrow Fund, as satisfaction for retainer invoices owed by Anthony Abatecola ($140) and Wells Fargo Bank, N.A. ($140); and (2) the sum of $300 shall be disbursed to the Plaintiff, Anthony Abatecola [payment to be made to Todd S. Dion, as attorney for Anthony Abatecola].

CA 13-232  Fulford v. Mortgage Electronic Registration Systems, Inc. et al

All Use & Occupancy funds held in escrow (which currently total $2,490) shall be disbursed as follow: (1) the sum of $280 shall be disbursed to the Fee Billing Escrow Fund, as payment for the Plaintiff's outstanding retainer invoices; and (2) the sum of $2,210 shall be disbursed to the Plaintiff, Cathy Fulford [payment to be made to Mindy C. Montecalvo, as attorney for Cathy Fulford].

Respectfully submitted,

_____   10/14/2014
Barbara Hurst                     Date
Deputy Special Master

IT IS SO ORDERED.

_____   10/17/14
John J. McConnell, Jr.            Date
United States District Judge